**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 14-3343 & 14-3728                                        Caption [use short title]

**Motion for:** Extension of Time to File Brief and Appendix.

GUTHRIE HEALTHCARE SYSTEM,
Appellant/Cross-Respondent,

v.

Set forth below precise, complete statement of relief sought:

Unopposed motion seeking sixty (60) days extension

CONTEXTMEDIA, INC., et. al.
Respondent/Cross-Appellants.

time to file brief and appendix in order that the parties

may continue efforts to settle the litigation.

**MOVING PARTY:** Guthrie Healthcare System                **OPPOSING PARTY:** ContextMedia, Inc.

☑ Plaintiff                   ☐ Defendant
☑ Appellant/Petitioner        ☐ Appellee/Respondent

**MOVING ATTORNEY:** Elliott J. Stein, Esq.          **OPPOSING ATTORNEY:** Eamon P. Joyce, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Stevens & Lee, P.C.                                  Sidley Austin, LLP

100 Lenox Drive, Lawrenceville, NJ 08648             787 Seventh Avenue, New York, NY 10019

609-987-7050   ejs@stevenslee.com                    212-839-8555   ejoyce@sidley.com

Court-Judge/Agency appealed from: Hon. Katherine B. Forrest

**Please check appropriate boxes:**

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Has request for relief been made below?                          ☐ Yes ☐ No
Has this relief been previously sought in this Court?            ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Elliott J. Stein              **Date:** December 12, 2014   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------X

GUTHRIE HEALTHCARE SYSTEM, a
Pennsylvania non-profit corporation,

          Appellant/Cross-Respondent,

             v.

CONTEXTMEDIA, INC., an Illinois
corporation, RISHI SHAH, an individual, and
DOES I through X, inclusive,

          Respondents/Cross-Appellants.
-------------------------------------------------------------X

Docket Nos. 14-3343 (L)
             14-3728 (XAP)

DECLARATION IN SUPPORT OF
MOTION FOR EXTENSION OF
TIME TO FILE BRIEF AND
APPENDIX

ELLIOTT J. STEIN declares the following as true under penalty of perjury:

1.     I am an attorney for Appellant/Cross-Respondent GUTHRIE HEALTHCARE SYSTEM ("Guthrie") in this appeal, and submit this declaration in support of Guthrie's motion for an extension of the briefing schedule by sixty (60) days.

2.     This is an action for trademark infringement, federal and common law unfair competition, false designation of origin and unjust enrichment. Guthrie appeals from a Decision and Order of the District Court for the Southern District of New York dated June 20, 2014 (the "Opinion") and an Order dated August 11, 2014 (the "Injunction"). In the Opinion, the District Court found for Guthrie and against Defendant ContextMedia, Inc. ("ContextMedia") on Guthrie's claims for trademark infringement, federal and common law unfair competition and false designation of origin as to the first seven (7) of the Defendant's trademarks and reserved decision as to the Defendant's eighth trademark. The Opinion provided for the entry of a limited, permanent injunction against ContextMedia and for other relief. The Injunction contains the limited, permanent injunction ultimately entered by the District Court. Guthrie has appealed

from the limited relief afforded Guthrie in both the Opinion and Injunction as more fully described in Addendum B to the Civil Appeal Pre-Argument Statement (Form C) previously filed with this Court.

3. On November 13, 2014, the parties to this appeal participated in the Court's CAMP mediation program. The case was not settled on that date.

4. Nonetheless, following the initial mediation session, the parties have continued settlement discussions. At present, the parties jointly believe that it is in their best interests to focus their continued efforts, and resources, on these settlement discussions to determine if the disputes that exist between them can be resolved prior to expending the time and resources that further prosecution of the pending appeal will require.

5. At the time of this writing, it is of course not known whether this case will ultimately be settled, but the parties jointly believe that focused efforts over the next sixty (60) days will fully allow them to determine if the case can now be resolved. Guthrie thus moves now, with the consent of counsel for Respondents/Cross-Appellants, to request that the Court consider and grant the instant motion for an extension of time to file the appendix and its brief.

6. For the foregoing reasons, I respectfully request that the Court extend the time for Guthrie to file the record, joint appendix and brief from December 23, 2014, until February 23, 2015.

Dated: December 12, 2014

/s/ Elliott J. Stein

_____

ELLIOTT J. STEIN