# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of December, two thousand and fourteen.

Before:  Ralph K. Winter,
     *Circuit Judge.*

_____

Guthrie Healthcare System,
 Plaintiff-Appellant-Cross-Appellee,

 v.

Contextmedia, Inc., an Illinois Corporation, *et al.*,
 Defendants-Appellees-Cross-Appellants,

Does, I through X,
 Defendant.

**ORDER**
Docket Nos. 14-3343 (L)
      14-3728 (XAP)

_____

  Appellant-Cross-Appellee moves for a 60-day extension of time to file the brief and appendix so that the parties may continue settlement discussions.

  IT IS HEREBY ORDERED that an extension until February 23, 2015 is GRANTED. To reiterate, either a brief must be filed or the appeal must be withdrawn by February 23, 2015. The appeal is dismissed effective February 23, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

            For the Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court

